# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2864

_____

| | | |
|---|---|---|
| Fariba Parniani, an individual and a citizen of the State of Minnesota, | * * * * | |
| Appellant, | * * | |
| v. | * * | |
| Cardinal Health, Inc.; XL Capital Ltd.; Sedgwick Claims Management Services, Inc.; The Hartford; Cumberland Pharmaceuticals, Inc.; April Ulrickson, as an individual and in her official capacity as Examiner for co-defendant Sedgwick; Lynn Johnson, as an individual and in her official capacity as Supervisor for co-defendant Sedgwick; David A. North, as an individual and in his official capacity as CEO for co-defendant Sedgwick; Kerry Clark, as an individual and in his official capacity as President and Chief Executive Officer for co-defendant Cardinal Health; Carole Watkins, as an individual and in her official capacity as Executive Vice President, HR for co-defendant Cardinal Health; Jeff Russell, as an individual and in his official capacity as Director of HR for co-defendant Cardinal Health; Jean Niece, as an individual and in her | * * * * * * * * * * * * * * * * * * * * * * * * * * | Appeal from the United States District Court for the District of Minnesota. [UNPUBLISHED] |

official capacity as Director, Client     \*
Services for co-defendant Cardinal     \*
Health; Beth Catlett, as an individual     \*
and in her official capacity as     \*
Supervisor, Sales Administration for     \*
co-defendant Cardinal Health; Yvonne     \*
L. Long, as an individual and in her     \*
official capacity as Sales     \*
Administration Specialist for     \*
co-defendant Cardinal Health; Al     \*
Kazimi, as an individual and in his     \*
official capacity as Chief Executive     \*
Officer for co-defendant Cumberland     \*
Pharmaceutical; James D. Aderhold,     \*
as an individual and in his official     \*
capacity as VP Sales and Marketing     \*
for co-defendant Cumberland     \*
Pharmaceutical; J. William Hix, as an     \*
individual and in his official capacity     \*
as Director, Sales for co-defendant     \*
Cumberland Pharmaceutical; Hanft     \*
Fride, a Minnesota law firm; Kathleen     \*
S. Bray, as an individual and in her     \*
official capacity as an attorney for     \*
co-defendant Hanft Fride; Nolan     \*
Segal, M.D., as an individual and in his     \*
official capacity in his affiliation with     \*
co-defendants Medical Evaluations,     \*
Inc., and Western Orthopaedic Surgery;     \*
Western Orthopaedic Surgery, a St.     \*
Louis Park based company with whom     \*
co-defendant Segal is affiliated;     \*
Medical Evaluations, Inc., a St. Louis     \*
Park, Minnesota based company with     \*

whom co-defendant Segal is affiliated,   *

                                      *

           Appellees.             *

_____

Submitted: November 26, 2008
Filed:  December 5, 2008

_____

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Fariba Parniani appeals the district court's[1] dismissal of her diversity action. We conclude the district court did not abuse its discretion in denying default judgment against defendants XL Capital or The Hartford, see Fed. R. Civ. P. 55(a) (default judgment rule); Ackra Direct Mktg. Corp. v. Fingerhut Corp., 86 F.3d 852, 856 (8th Cir. 1996) (standard of review), or in not sanctioning defense counsel, see Alternative Sys. Concepts, Inc. v. Synopsys, Inc., 374 F.3d 23, 37 (1st Cir. 2004).  Parniani's remaining arguments on appeal present no basis for reversal.  Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Patrick J. Schiltz, United Stated District Judge for the District of Minnesota, adopting in part the report and recommendations of the Honorable Jeanne J. Graham, United States Magistrate Judge for the District of Minnesota.